UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD RUFFIN | CIVIL ACTION |
| VERSUS | NO. 10-4578 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION "N" (2) |

### J U D G M E N T

For the reasons set forth in the Court's Order and Reasons dated April 18, 2012 and considering that no motion for reconsideration of that Order has been filed; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant, Administrators of the Tulane Educational Fund, and against Plaintiff, Ronald Ruffin, dismissing Plaintiff's claims against Defendant with prejudice.

New Orleans, Louisiana, this ___3rd___ day of May, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE